Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400


FILED
NOV 0 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: BEARD, ALICE | Case No. 10-53723-SLJ |
| --- | --- |
| | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
| --- | --- | --- | --- |
| N/A Cash Collateral Check not cashed | Wells Fargo Bank, National Association C/O Parada Kovadi Esq Pite Duncan LLP 4375 Jutland Drive, Suite 200 San Diego, CA 92177-0933 | $5,100.73 | $5,100.73 |

Dated: November 1, 2011

_____ MOHAMED POONJA, TRUSTEE